IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LEE GRAY, FATHER AND GUARDIAN OF THE
ESTATES OF LEANNE GRAY, WHITNEY GRAY, AND
KATYE GRAY, AND WHITNEY GRAY                                      PLAINTIFF

VS.                                          CASE NO.  3:05CV00171  JMM

NATIONWIDE MUTUAL INSURANCE CO.                                   DEFENDANTS

ORDER

Based upon the parties' Joint Stipulation of Dismissal Without Prejudice (#23), the complaint against Nationwide Mutual Insurance Co. in the above styled case is dismissed without prejudice.  Each party is to bear their own costs and attorney's fees.

IT IS SO ORDERED this   20   day of July, 2006.

_____
James M. Moody
United States District Judge